NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3072

WILLIAM D. DELOACH,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.


Robert E. Bergman, Law Office of Robert E. Bergman, of Warner Robins, Georgia, argued for petitioner.

John J. Todor, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3072

WILLIAM D. DELOACH,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.

# Judgment

ON APPEAL from the    MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).    AT0752070675-B-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (SCHALL, PLAGER and MOORE, Circuit Judges.)

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  August 11, 2009          /s/ Jan Horbaly
                                Jan Horbaly, Clerk